JOHN WHITE, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

(Claim No. 25163)

Argued March 12, 1941; decided April 17, 1941.

*John J. Bennett, Jr., Attorney-General (James H. Glavin, Jr.,* and *Jacob S. Honigsbaum* of counsel), for appellant.

*Frederick L. Kane* and *Stephen D. Finale* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.